**BALAL SERVICES TRUST,**
Plaintiff–Appellee,

and

**United States of America,**
Defendant–Appellee,

v.

**William Clifton STACEY, Sr.,**
Defendant–Appellant,

and

**Freida B. Stacey, Defendant.**

No. 15–2135.

United States Court of Appeals, Fourth Circuit.

Submitted: March 31, 2016.

Decided: April 13, 2016.

William Clifton Stacey, Sr., Appellant Pro Se. Paul Ira Klein, Robert Gregory Tomchin, Cranford, Schultze, Tomchin & Allen, PA, Charlotte, NC, for Appellee.

Before NIEMEYER, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Stacey, Sr., appeals the district court's order granting the Government's motion for default judgment. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Balal Servs. Tr. v. Stacey,* No. 1:15–cv–00046–CCE–LPA (M.D.N.C. Sept. 10, 2015); *see* Fed.R.Civ.P. 55; 28 U.S.C. § 3304(b)(1)(A), (B) (2012); N.C. Gen.Stat. § 39–23.4 (2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*